## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **ANTHONY PAUL YOUNG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 10-CV-2059 |
| ) | |
| **BUS TERMINAL, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

On May 20, 2010, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#14) in this case.  On May 25, 2010, Plaintiff, Anthony Paul Young, filed a pro se Objection (#15) to the Report and Recommendation.  This court has carefully reviewed the Report and Recommendation and Plaintiff's Objection, as well as all of the pro se documents filed by Plaintiff in this case.  Following this review, this court agrees with and accepts Judge Bernthal's Report and Recommendation.  This court agrees that Plaintiff has not cured the significant deficiencies in the pro se Complaint (#1) submitted to this court.  This court notes that Judge Bernthal's Order (#3) entered on March 15, 2010, clearly set out the deficiencies which needed to be corrected.  This court also notes that the many filings Plaintiff has made since Judge Bernthal's Order was entered are essentially incomprehensible.  This court therefore agrees with Judge Bernthal that, although Plaintiff has tendered numerous filings since Judge Bernthal's March 15, 2010, Order, Plaintiff has not cured the stated deficiencies.

   IT IS THEREFORE ORDERED THAT:

   (1) The Report and Recommendation (#14) is accepted by this court.

   (2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (#2) is DENIED and Plaintiff's Complaint (#1) is dismissed.

(3) This case is terminated. Accordingly, the remaining pro se motions filed by Plaintiff (#4, #5, #6, #7, #8, #11, #12, #13, #16, #17) are MOOT.

ENTERED this 4th day of June, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE